UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAVIER ORTIZ DIEGO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, NORTHWEST ICE PROCESSING CENTER, et al.,<br><br>Respondents. | Case No. 2:26-cv-04383-TMC<br><br>ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS |

## I. ORDER

The petition for writ of habeas corpus is GRANTED. Federal Respondents have expressed their non-opposition to Petitioner Javier Ortiz Diego's request for habeas relief. Dkt. 4 at 1 ("Federal Respondents request that this Court decide whether a writ should be granted based on the Petition and related filings."). Based on the claims and allegations presented in the petition, the Court concludes that immediate release is warranted.

Petitioner entered the United States without inspection decades ago. Dkt. 1 ¶ 5. His prior immigration proceedings were administratively closed in October 2015. *Id.*; Dkt. 1-1 at 1. He has obtained employment authorization and works as a delivery driver. Dkt. 1 ¶ 6; Dkt. 1-2. He was

re-detained in November 2026, when masked immigration agents approached him in unmarked vehicles and arrested him. Dkt. 1 ¶ 8.

This Court has explained that the Due Process clause requires immediate release from custody when the government, absent evidence of changed circumstances, re-detains a noncitizen without notice or opportunity to be heard after being aware of his presence, permitting him to remain at liberty in the United States, and granting him employment authorization. *See, e.g.*, *Sidhe v. Scott*, No. 2:26-CV-03188-TMC, 2026 WL 2935934, at *2–3 (W.D. Wash. Sept. 30, 2026). Those circumstances are present here. Accordingly, the Court ORDERS:

1. The petition for writ of habeas corpus (Dkt. 1) is GRANTED.
2. Within 24 hours of this Order, Respondents must RELEASE Petitioner Javier Ortiz Diego subject to reasonable terms of supervision.
3. Respondents must return to Petitioner any personal property, including any personal identification document (other than a passport) and any employment authorization document.

Dated this 24th day of November, 2026.

Tiffany M. Cartwright
United States District Judge