# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAVIER ORTIZ DIEGO,<br><br>Petitioner,<br>v.<br><br>WARDEN, NORTHWEST ICE PROCESSING CENTER, et al.,<br><br>Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number 2:26-cv-04383-TMC |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Petition for writ of habeas corpus is GRANTED with the relief ordered at Dkt. 5.

Dated November 24, 2026.

Joshua C. Lewis
Clerk of Court

*/s/*Jo-EL Modeste
Deputy Clerk